(No. 6189—)

COMMERCE CLEANING HOUSE, INC., Claimant, vs. STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed August 30, 1971.*

COMMERCE CLEANING HOUSE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.